UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LEONARD W. HOUSTON, a/k/a ) <br> *Houston, Leonard William* ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> Defendant. ) | **JUDGMENT** <br> 7:22-CV-174-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration upon plaintiff's responses to the court's December 29, 2022 order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 20, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on January 20, 2023, and Copies To:**
Leonard W. Houston (via US mail) 148 Deer Court Drive, Bldg 4, Middletown, NY 10940-6867

January 20, 2023            PETER A. MOORE, JR., CLERK

                            /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk